525 A.2d 1194

**Susan M. WILSON**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD and Singing Needles/William Carter Company.**

**Appeal of SINGING NEEDLES/WILLIAM CARTER COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1987.

Decided May 22, 1987.

Harry W. Reed, Jr., Lebanon, for appellant.

Christopher S. Underhill, Lancaster, for appellee.

430

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.